AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

COUNT ONE: 18 U.S.C. §§ 1343, 1346 and 1349– Conspiracy to Commit Honest Services Wire Fraud;

COUNT TWO: 18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: PLEASE SEE PENALTY SHEET ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**
▶ WING LOK "WALTER" WONG

DISTRICT COURT NUMBER
CR 20-257 JD

**FILED**
Jun 23 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: David L. Anderson
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Scott D. Joiner

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:     Before Judge:

Comments:

# PENALTY SHEET ATTACHMENT

Count One:

    18 U.S.C. §§ 1343, 1346, 1349 – Conspiracy to Commit Honest Services Wire Fraud

    Maximum Penalties:  20 years imprisonment
                                  $250,000 fine or not more than the greater of twice the gross gain or twice the gross loss
                                  3 years supervised release
                                  $100 special assessment
                                  Forfeiture

Count Two:

    18 U.S.C. § 1956(h) – Money Laundering Conspiracy

    Maximum Penalties:  20 years imprisonment
                                    $500,000 or twice the value of the monetary instrument or funds involved in the transaction
                                  3 years supervised release
                                  $100 special assessment
                                  Forfeiture

| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |

FILED

Jun 23 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WING LOK "WALTER" WONG,<br><br>    Defendant. | CASE NO. CR 20-257 JD<br><br>VIOLATIONS:<br>18 U.S.C. §§ 1343, 1346 and 1349– Conspiracy to Commit Honest Services Wire Fraud; 18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering; 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture<br><br>SAN FRANCISCO VENUE |

I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE:        (18 U.S.C. § 1349 – Conspiracy to Commit Honest Services Wire Fraud)

1.      Beginning at an unknown date, but as early as in or about 2004 and continuing through in or about January 2020, in the Northern District of California and elsewhere, the defendant,

WING LOK "WALTER" WONG

did knowingly and intentionally conspire with Mohammed NURU and others, including other public officials for the City and County of San Francisco (the "City"), known and unknown to the United States

INFORMATION

Attorney, to commit wire fraud, that is, having devised and intending to devise a material scheme and artifice to defraud the City, and the citizens of San Francisco of their right to the honest and faithful services of Mohammed NURU and other City officials through bribery, kickbacks, and the concealment of material information, to transmit and cause to be transmitted by means of wire communication in interstate commerce writings, signs, signals, pictures and sounds for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Sections 1343 and 1346. All in violation of Title 18, United States Code, Section 1349.

COUNT TWO:     (18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering)

2. Beginning at an unknown date, but as early as in or about 2008 and continuing through in or about January 2020, in the Northern District of California and elsewhere, the defendant,

WING LOK "WALTER" WONG

did knowingly combine, conspire, and agree with Mohammed NURU and with other persons known and unknown to the United States Attorney, to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, wire fraud, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i). All in violation of Title 18, United States Code, Section 1956 (h).

FORFEITURE ALLEGATION:     (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

3. The allegations contained in this Information are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

4. Upon conviction for any of the offenses set forth in this Information, the defendant,

"WING LOK" WALTER WONG,

INFORMATION                                                                2

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all property, real or personal, constituting, or derived from proceeds the defendant obtained directly and indirectly, as the result of those violations.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED:

DAVID L. ANDERSON
United States Attorney

*Scott Joiner*
SCOTT D. JOINER
S. WAQAR HASIB
Assistant United States Attorneys

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED**

Jun 23 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | | | | |
|---|---|---|---|---|
| **CASE NAME:** USA v. WING LOK "WALTER" WONG | | **CASE NUMBER:** | CR 20-257 JD | |
| **Is This Case Under Seal?** | | Yes | No ✓ | |
| **Total Number of Defendants:** | | 1 ✓ | 2-7 | 8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | | Yes | No ✓ | |
| **Venue (Per Crim. L.R. 18-1):** | | SF ✓ | OAK | SJ |
| **Is this a potential high-cost case?** | | Yes | No ✓ | |
| **Is any defendant charged with a death-penalty-eligible crime?** | | Yes | No ✓ | |
| **Is this a RICO Act gang case?** | | Yes | No ✓ | |
| **Assigned AUSA (Lead Attorney):** Scott D. Joiner | | **Date Submitted:** 6/19/2020 | | |

**Comments:**

RESET FORM     SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)