DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SCOTT D. JOINER (CABN 223313)
S. WAQAR HASIB (CABN 234818)
Assistant United States Attorneys

> 450 Golden Gate Avenue, Box 36055
> San Francisco, California 94102-3495
> Telephone: (415) 436-7200
> FAX: (415) 436-7234
> scott.joiner@usdoj.gov
> waqar.hasib@usdoj.gov

Attorneys for United States of America

FILED
Jun 24 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 20-00257 JD |
| Plaintiff, | UNITED STATES' EX PARTE APPLICATION TO UNSEAL CRIMINAL INFORMATION; |
| v. | [PROPOSED] ORDER |
| WING LOK "WALTER" WONG, | |
| Defendant. | |

1  The United States, through undersigned counsel, respectfully moves this Court to unseal the
2  Information in the above-captioned matter at 10:30 A.M., June 24, 2020.  At that time the operational
3  exigencies requiring the sealing of the Information will have passed and the government requests that
4  the Information and all related documents in the case be unsealed.
5
6  DATED:  June 23, 2020                                        Respectfully submitted,
7
                                                                DAVID L. ANDERSON
8                                                               United States Attorney
9
                                                                *Scott Joiner*
10                                                              SCOTT D. JOINER
                                                                S. WAQAR HASIB
11                                                              Assistant United States Attorneys

UNSEALING APP. AND [PROPOSED] ORDER
CR 20-00257 JD

1 **[~~PROPOSED~~] ORDER**

2   On the motion of the United States, and good cause appearing therefor, the Court HEREBY

3 ORDERS that the Information in the above-captioned matter and all related documents be unsealed at

4 10:30 A.M. on June ~~23~~ 24, 2020.

6 IT IS SO ORDERED.

8 DATED: June 23, 2020

_____
HON. THOMAS S. HIXSON
United States Magistrate Judge

[PROPOSED] ORDER
CR 20-00257 JD