DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SCOTT D. JOINER (CABN 223313)
S. WAQAR HASIB (CABN 234818)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    scott.joiner@usdoj.gov
    waqar.hasib@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 20-00257 JD |
| Plaintiff, | STIPULATION AND ORDER SETTING CHANGE OF PLEA HEARING |
| v. | |
| WING LOK "WALTER" WONG, | |
| Defendant. | |

    The parties have reached an agreement to resolve the charges against the defendant. An executed plea agreement, attached as Exhibit 1, reflects the parties' agreement. In order to expedite this matter, and in light of the current COVID-19 pandemic, the parties are hereby requesting that a change of plea hearing be held by videoconference on July 6, 2020, or as soon thereafter as convenient to the Court.

    The defendant voluntarily wishes to appear by video conference, has been advised counsel, and understands the following: (1) he has the right under the Constitution and the Federal Rules of Criminal Procedure to be present at the proceeding; and (2) he understands that video conferencing is the projection of live camera video and audio between participants.

    It is further stipulated between the parties that: (1) in light of the COVID-19 pandemic, the

STIP AND [PROPOSED] ORDER SETTING CHANGE OF PLEA
CR 20-00257 JD

change of plea hearing cannot be conducted in person without seriously jeopardizing public health and safety; and (2) in light of the importance of the case to the public interest and the need to move forward expeditiously, there are specific reasons that the change of plea cannot be further delayed without serious harm to the interests of justice.

SO STIPULATED.

DATED: June 24, 2020

DAVID L. ANDERSON
United States Attorney

/s/
SCOTT D. JOINER
S. WAQAR HASIB
Assistant United States Attorneys

DATED: June 24, 2020

/s/
MARY McNAMARA
SWANSON & McNAMARA LLP
Attorneys for Defendant

## ORDER

Pursuant to stipulation, the above-captioned matter will be set for a change of plea hearing on July 6, 2020 at 2:30 p.m. The parties will appear by videoconference. The Court finds that in light of the ongoing COVID-19 pandemic, the hearing cannot be conducted in person without seriously jeopardizing public health and safety; and (2) there are specific reasons that the change of plea cannot be further delayed without serious harm to the interests of justice.

IT IS SO ORDERED.

DATED: June 24, 2020

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE