AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 20-CR-257 JD |
| WING LOK "WALTER" WONG | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: June 22, 2020

*Defendant's signature*

*Signature of defendant's attorney*

Mary McNamara
*Printed name of defendant's attorney*

*Judge's signature*

Hon. Laurel Beeler, U.S. Magistrate Judge
*Judge's printed name and title*