UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** July 6, 2020  **Time:** 22 minutes  **Judge:** WILLIAM H. ORRICK
2:18 p.m. to 2:40 p.m.

**Case No.**: 20-cr-00257-WHO-1  **Case Name:** UNITED STATES v. Wong

**Attorney for Plaintiff:** Scott Joiner and S. Waqar Hasib
**Attorney for Defendant:** Mary McNamara
Defendant **Wing Lok Wong** – present (via video), on bond

**Deputy Clerk:** Jean Davis  **Court Reporter:** JoAnn Bryce
**Interpreter:** n/a  **Probation Officer:** n/a

# PROCEEDINGS

Change of plea hearing conducted via videoconference. Mr. Wong and defense counsel confirm that he has been advised of his right to be physically present for the change of plea hearing and that he is voluntarily waiving that right. The Court confirms that in light of the special conditions created by the COVID-19 global pandemic, proceeding via videoconference is an appropriate means to allow the case to proceed without undue delay.

Mr. Wong is sworn and queried as to his background, physical and mental condition, and understanding of the proceedings. He is advised of his rights, the possible consequences of the entry of a guilty plea, and of the maximum penalties associated with the offense.

The government provides a brief statement of the elements of the offenses and of the facts it would be prepared to prove at any trial of this matter. Defense counsel concurs with the statement of elements and confirms that there is a factual basis for the plea.

**Defendant pleads GUILTY to Counts 1 and 2 of the Information.** The plea is accepted as knowing, voluntary, and supported by an independent basis in fact. Defendant is adjudicated guilty.

**CASE CONTINUED TO January 14, 2021 at 1:30 p.m. for Status**.