1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  SCOTT D. JOINER (CABN 223313)
   Assistant United States Attorney
5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-7200
        FAX: (415) 436-7234
7       Scott.Joiner@usdoj.gov

8  Attorneys for United States of America

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12

13 | UNITED STATES OF AMERICA,        ) NO. CR 20-00204 WHO
   |                                  ) [FILED MAY 13, 2020]
14 |         Plaintiff,                )
   |                                  ) NOTICE OF RELATED CASE IN A CRIMINAL
15 |     v.                            ) ACTION
   |                                  )
16 | NICK JAMES BOVIS,                 )
   |                                  )
17 |         Defendant.                )

18 | UNITED STATES OF AMERICA,        ) NO. CR 20-00257 WHO
   |                                  ) [FILED JUNE 23, 2020]
19 |         Plaintiff,                )
   |                                  ) NOTICE OF RELATED CASE IN A CRIMINAL
20 |     v.                            ) ACTION
   |                                  )
21 | WING LOK "WALTER" WONG,           )
   |                                  )
22 |         Defendant.                )

23 | UNITED STATES OF AMERICA,        ) NO. CR 20-00353 CRB
   |                                  ) [FILED SEPTEMBER 16, 2020]
24 |         Plaintiff,                )
   |                                  ) NOTICE OF RELATED CASE IN A CRIMINAL
25 |     v.                            ) ACTION
   |                                  )
26 | BALMORE HERNANDEZ,                )
   |                                  )
27 |         Defendant.                )

28

NOTICE OF RELATED CASES
U.S. v. BOVIS; U.S. v. WONG; U.S. v HERNANDEZ

     The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the three above-captioned criminal cases are related. Defendants Bovis, Wong, and Hernandez have or will plead guilty and will be cooperating in a public corruption case against Mohammed Nuru and others, involving a scheme to defraud the City and County of San Francisco, and the people of San Francisco, of the honest services and related public corruption offenses.

     Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because they involve the same events and occurrences. Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the actions likely would involve substantial duplication of labor by the two judges.

     Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: September 17, 2020　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　DAVID L. ANDERSON
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　SCOTT D. JOINER
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

NOTICE OF RELATED CASES
U.S. v. BOVIS; U.S. v. WONG; U.S. v HERNANDEZ