1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  SCOTT D. JOINER (CABN 223313)
   Assistant United States Attorney
5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-7200
        FAX: (415) 436-7234
7       Scott.Joiner@usdoj.gov

8  Attorneys for United States of America

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12

13 | UNITED STATES OF AMERICA,          ) NO. CR 20-00204 WHO
                                        ) [FILED MAY 13, 2020]
       Plaintiff,                       )
14                                      )
                                        ) NOTICE OF RELATED CASE IN A CRIMINAL
       v.                               ) ACTION
15                                      )
   NICK JAMES BOVIS,                    )
16                                      )
       Defendant.                       )
17 |_____ )

18 | UNITED STATES OF AMERICA,          ) NO. CR 20-00257 WHO
                                        ) [FILED JUNE 23, 2020]
19     Plaintiff,                       )
                                        )
                                        ) NOTICE OF RELATED CASE IN A CRIMINAL
20     v.                               ) ACTION
                                        )
21 WING LOK "WALTER" WONG,              )
                                        )
22     Defendant.                       )
   |_____ )
23
   | UNITED STATES OF AMERICA,          ) NO. CR 20-00353 WHO
24                                      ) [FILED SEPTEMBER 16, 2020]
       Plaintiff,                       )
25                                      )
                                        ) NOTICE OF RELATED CASE IN A CRIMINAL
       v.                               ) ACTION
26                                      )
   BALMORE HERNANDEZ,                   )
27                                      )
       Defendant.                       )
28 |_____ )


NOTICE OF RELATED CASES

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, ) | NO. CR 21-00096 WHO |
| 2 | Plaintiff, ) | [FILED MARCH 8, 2021] |
| 3 | v. ) | NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| 4 | SANDRA ANN ZUNIGA, ) | |
| 5 | Defendant. ) | |

| | | |
|---|---|---|
| 7 | UNITED STATES OF AMERICA, ) | NO. CR 21-00192 SI |
| 8 | Plaintiff, ) | [FILED MAY 7, 2021] |
| 9 | v. ) | NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| 10 | ALAN VARELA and WILLIAM GILMARTIN III, ) | |
| 11 | Defendants. ) | |

| | | |
|---|---|---|
| 13 | UNITED STATES OF AMERICA, ) | NO. CR 21-00294 VC |
| 14 | Plaintiff, ) | [FILED JULY 27, 2021] |
| 15 | v. ) | NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| 16 | PAUL FREDRICK GIUSTI, ) | |
| 17 | Defendant. ) | |

The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the above-captioned criminal cases are related. Defendants Bovis, Wong, Hernandez, Zuniga, and Gilmartin each pleaded guilty and will be cooperating in a public corruption case against Mohammed Nuru and others, involving a scheme to defraud the City and County of San Francisco, and the people of San Francisco, of the honest services of Mohammed Nuru and related public corruption offenses. Defendant Giusti is likewise charged with conspiracy to commit bribery and deprive the public of the honest services of Mohammed Nuru. Mr. Giusti has signed a cooperation plea agreement in which he has agreed to plead guilty and testify, provide documents, and otherwise assist in the government's investigation.

NOTICE OF RELATED CASES

Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because they involve the same events and occurrences. Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the actions likely would involve substantial duplication of labor by the two judges.

Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: July 28, 2021                                           Respectfully submitted,

                                                               STEPHANIE M. HINDS
                                                               Acting United States Attorney


                                                                    /s/
                                                               SCOTT D. JOINER
                                                               Assistant United States Attorney

NOTICE OF RELATED CASES