1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  DAVID B. COUNTRYMAN (CABN 226995)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7303
7       FAX: (415) 436-6748
        Email:  david.countryman@usdoj.gov
8
   Attorneys for United States of America
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,           )  CASE NO. CR 20-0257 JD
                                        )
14         Plaintiff,                   )  RECORDED NOTICE OF PENDENCY OF
                                        )  ACTION (LIS PENDENS) AS TO REAL
15      v.                              )  PROPERTY AND IMPROVEMENTS LOCATED
                                        )  AT 1270-1272 UTAH STREET, SAN FRANCISCO,
16  WALTER WONG,                        )  CALIFORNIA 94110
                                        )
17         Defendant.                   )
                                        )
18                                      )

19
         The United States hereby submits the attached Recorded Notice of Lis Pendens as to Real
20
   Property and Improvements located at 1270-1272 Utah Street, San Francisco, California 94110.
21
   (APN 4212-022)
22
                                               Respectfully submitted,
23
                                               STEPHANIE M. HINDS
24                                             United States Attorney

25  Dated: 1/19/2022
                                               /S/
26                                             DAVID B. COUNTRYMAN
                                               Assistant United States Attorney
27

28

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- Recorded Notice of Pendency of Action (Lis Pendens) as to Real Property and Improvements located at 1270-1272 Utah Street, San Francisco, CA 94110

to be served this date via United States first class mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

| | |
|---|---|
| Walter Wong & Diana Wong, Trustees of the Walter Wong & Diana Wong Family Trust dated March 16, 2017<br>c/o Edwin Prather<br>245 Fifth Street, Suite 103<br>San Francisco, CA 94103 | Walter Wong and Diana Wong<br>c/o Edwin Prather<br>245 Fifth Street, Suite 103<br>San Francisco, CA 94103 |
| First National Bank of Northern California<br>975 El Camino Real<br>South San Francisco, CA 94080 | Mary McNamara, Esq<br>Swanson & McNamara, LLC<br>300 Montgomery Street, Suite 110<br>San Francisco, CA 94104 |
| SFL & W Partnership<br>c/o Edwin Prather<br>245 Fifth Street, Suite 103<br>San Francisco, CA 94103 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 19th day of January, 2022, at San Francisco, California

_____/S/_____
CAROLYN CAPARAS
FSA Paralegal, Asset Forfeiture Unit
United States Attorneys' Office

RECORDED NOTICE OF LIS PENDENS RP AT 1270-1272 UTAH STREET
CR 20-0257 JD



| | |
|---|---|
| **RECORDING REQUESTED BY:**<br><br>UNITED STATES ATTORNEYS OFFICE<br><br>**WHEN RECORDED PLEASE MAIL TO:**<br><br>UNITED STATES ATTORNEYS OFFICE<br>450 GOLDEN GATE AVENUE, BOX 36055<br>SAN FRANCISCO, CA 94102<br>ATTN: ASSET FORFEITURE UNIT<br><br>(DOCUMENT WILL ONLY BE RETURNED TO NAME & ADDRESS ABOVE) | **City and County of San Francisco**<br>**Joaquín Torres, Assessor-Recorder**<br>Doc # **2022003653**   Fees    $44.00<br>1/13/2022   1:07:57 PM   Taxes    $0.00<br>E S         Electronic    Other    $0.00<br>Pages   11   Title   030   SB2 Fees   $75.00<br>Customer    2117            Paid    $119.00 |

(SPACE ABOVE FOR RECORDER'S USE)

*Notice of Pendency of Action (Lis Pendens) as to Real Property & Improvements located at 1270-1272 Utah Street, San Francisco, CA 94110*

*CR 20-0257 JD / United States v. Wing Lok "Walter" Wong*

**(DOCUMENT TITLE)**

SEPARATE PAGE, PURSUANT TO CA. GOV'T. CODE 27361.6

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CABN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
    FAX: (415) 436-6748
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WING LOK "WALTER" WONG, <br><br> Defendant. | No. CR 20-0257 JD <br><br> NOTICE OF PENDENCY OF ACTION (LIS PENDENS) AS TO REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1270-1272 UTAH STREET, SAN FRANCISCO, CALIFORNIA 94110 |

    NOTICE IS HEREBY GIVEN that an action has been commenced in the above-entitled Court pursuant to an Amended and Restated Stipulated Preservation Agreement, a copy of which is attached hereto as Exhibit A, regarding the real property and improvements located at 1270-1272 Utah Street, San Francisco, California 94110 (APN 4212-022) and further described in Exhibit B, which is attached hereto.

    The plaintiff alleges that the said real property is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

    The owners of record to the said real property are Walter Wong and Diana Wong, Trustees, or their Successor, of the Walter Wong and Diana Wong Family Trust Dated March 16, 2017.

NOTICE OF LIS PENDENS RP AT 1270-1272 UTAH STREET
CR 20-0257 JD

| | |
|---|---|
| DATED: January 13, 2022 | Respectfully submitted,<br><br>STEPHANIE M. HINDS<br>United States Attorney<br><br>/s/<br>DAVID B. COUNTRYMAN<br>Assistant United States Attorney |

NOTICE OF LIS PENDENS RP AT 1270-1272 UTAH STREET
CR 20-0257 JD

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- Notice of Pendency of Action (Lis Pendens) as to Real Property and Improvements located at 1270-1272 Utah Street, San Francisco, CA 94110

to be served this date via United States certified mail delivery and first class mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

| | |
|---|---|
| Walter Wong & Diana Wong, Trustees of the Walter Wong & Diana Wong Family Trust dated March 16, 2017<br>c/o Edwin Prather<br>245 Fifth Street, Suite 103<br>San Francisco, CA 94103 | Walter Wong and Diana Wong<br>c/o Edwin Prather<br>245 Fifth Street, Suite 103<br>San Francisco, CA 94103 |
| First National Bank of Northern California<br>975 El Camino Real<br>South San Francisco, CA 94080 | Mary McNamara, Esq<br>Swanson & McNamara, LLC<br>300 Montgomery Street, Suite 110<br>San Francisco, CA 94104 |
| SFL & W Partnership<br>c/o Edwin Prather<br>245 Fifth Street, Suite 103<br>San Francisco, CA 94103 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of January, 2022, at San Francisco, California

*Carolyn Caparas*
CAROLYN CAPARAS
FSA Paralegal
Asset Forfeiture Unit

NOTICE OF LIS PENDENS RP AT 1270-1272 UTAH STREET
CR 20-0257 JD

3

# Exhibit A



United States Attorney
Northern District of California

*11th Floor, Federal Building   (415)436-7200 450 Golden Gate Ave., Box*
*36055   FAX: (415) 436-7234*
*San Francisco, CA 94102-3495*

December 8, 2021

SFL&W PARTNERSHIP
Walter Wong
c/o Edwin Prather
Prather Law Offices
245 Fifth Street, Suite 103
San Francisco, CA 94103

Re:   United States v. Walter Wong
Amended and Restated Stipulated Preservation and Substitute Res Agreement Re the real property and improvements located at 205 13th Street, San Francisco, CA 94103 (the "CitiCenter Property") and 1266-1268 and 1270-1272 Utah Street, San Francisco, California (the "Utah Street Property")

Dear Mr. Wong,

Reference is made to the Stipulated Preservation and Substitute Res Agreement, dated April 21, 2020 (the "Original Preservation Agreement"), by and among the United States Attorney's Office, Northern District of California ("U.S. Attorney") and Walter Wong and Diana Wong (the "Wongs"), The Walter Wong and Diana Wong Family Trust date March 16, 2017 (the "Trust"), and SFL & W Partnership (the "Owner"), with respect to that certain real property located at the street address of 1717 Mission Street, San Francisco, California ("CitiCenter"). This letter shall amend and restate the Original Preservation Agreement in it entirety and will reconfirm your agreement to the following terms and conditions regarding the above-captioned property. In the event of any conflict between the Original Preservation Agreement and this letter, this letter shall prevail. If this letter accurately sets forth our agreement, please sign it and return it to me as soon as possible.

The Wongs are the owner of the Utah Street Property.

154645170.4

      The U.S. Attorney will record a lis pendens or notice of pendency of action against the Utah Street Property a Memorandum of Agreement (the "Utah Street Lis Pendens"). The Utah Street Lis Pendens will be a lien against the Utah Street Property, and, upon any sale of the Utah Street Property, the Utah Memorandum of Agreement will have priority against any sale proceeds after the payment of any real estate taxes and assessments and preexisting loan, which as of November 2021 has an outstanding balance of $716,561.10.

      The U.S. Attorney agrees to cause the release of the Memorandum of Agreement recorded against the CitiCenter Property by recording a Termination and Release of Memorandum of Agreement against the CitiCenter Property.]

      The Wongs agree that, effective immediately, they and their agents, servants, employees, attorneys, family members and those persons in active concert or participation with them, are hereby restrained, enjoined, and prohibited, without prior notice to the United States and an opportunity for the United States to be heard, from attempting or completing any action that would affect the availability, marketability or value of the Utah Street Property, including but not limited to selling, transferring, assigning, pledging, distributing, encumbering, wasting, secreting, depreciating, damaging, or in any way diminishing the the value of, all or any part of their interest, direct or indirect, in the Utah Street Property.

      This agreement regarding the Utah Street Property is entered into as an element of Mr. Wong's cooperation with the United States in its criminal investigations of himself and various other individuals and in furtherance of Mr. Wong's efforts to preserve the United States' ability to reach assets, should there be a determination that forfeiture of any of Mr. Wong's property is warranted. There is no agreement as to what, if any, amount(s) are forfeitable out of the Utah Street Property, or its proceeds. This is a lien encumbrance agreement only. Nevertheless, should forfeiture be ordered against him or should he agree to forfeiture, Mr. Wong agrees that the Utah Street Property may, at the election of the United States, be substituted as the defendant res in any forfeiture proceeding (whether administrative or judicial, civil or criminal) brought about by the United States. Conversely, if the statements of ownership and control of the Utah Street Property are inaccurate to the prejudice of the United States' ability to collect on any forfeiture ordered or consented to by Mr. Wong, or if the Utah Street Property should be insufficient to satisfy any forfeiture ordered or consented to by Mr. Wong, Mr. Wong agrees that the United States may seek forfeiture of any other property of Mr. Wong's then or now under his control, including property held by the Wongs, the Trust, or the Owner.

      In consideration of Mr. Wong's agreement above with respect to theUtah Street Property, the parties agree that Mr. Wong is in no way restrained from alienating any other property, whether real or personal property.

Dated:

United States Attorney's Office
Northern District of California

_____
DAVID COUNTRYMAN
Assistant United States Attorney

Dated: _____

_____
WALTER WONG
Defendant and on Behalf of the Walter
Wong and Diana Wong Family Trust and SF
L & W Partnership

Dated: _____

_____
DIANA WONG
Defendant's Spouse and on Behalf of the
Walter Wong and Diana Wong Family Trust

Dated: _____

SFL&W PARTNERSHIP,
a California limited partnership

By _____
Walter Wong
Its General Partner

Dated: _____

_____
EDWIN PRATHER, ESQ.
Attorney for Walter Wong

Cc: Scott Joiner, Assistant United States Attorney

Dated: _____

        United States Attorney's Office
        Northern District of California

_____
DAVID COUNTRYMAN
Assistant United States Attorney

Dated: _____

_____
WALTER WONG
Defendant and on Behalf of the Walter
Wong and Diana Wong Family Trust and SF
L & W Partnership

Dated: _____

_____
DIANA WONG
Defendant's Spouse and on Behalf of the
Walter Wong and Diana Wong Family Trust

Dated: _____

SFL&W PARTNERSHIP,
a California limited partnership

By_____
      Walter Wong
      Its General Partner

Dated: December 13, 2021

*Edwin Prather*
EDWIN PRATHER, ESQ.
Attorney for Walter Wong

Cc: Scott Joiner, Assistant United States Attorney

154645170.3

# Exhibit B

Legal Description:

The land referred to is situated in the County of San Francisco, City of San Francisco, State of California, and is described as follows:

**A portion of** LOT 20, as shown on the Parcel Map entitled, "Parcel Map, being a Merger and Resubdivision of The Lands described in that certain Judgment dated September 6, 1996, recorded Book/Reel G712 of Official Records at Page/Image 511, also being a merger as resubdivision of Lots 4, 4A, 5, 5A, 6 and 16 in Assessor's Block 4212, also being a portion of Potrero Nuevo Block No. 81", which was filed for record on October 29, 1996, in Parcel Map Book 43 at Pages 20 to 21, inclusive, in the Office of the Recorder of the City and County of San Francisco, State of California.