STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DAVID J. WARD (CABN 239504)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    david.ward@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WING LOK "WALTER" WONG, <br><br> Defendant. | NO. CR 20-00257 WHO <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING RE SENTENCING |

This matter is currently set for a Zoom status hearing on July 14, 2022 at 1:30 p.m. The parties respectfully request that the status hearing be continued for six months, to January 12, 2023, at 1:30 p.m. In the interim, the defendant will continue to provide cooperation pursuant to the terms of his plea agreement.

SO STIPULATED.

DATED: July 13, 2022

STEPHANIE M. HINDS
United States Attorney

*/s/ David Ward*
DAVID J. WARD
Assistant United States Attorney

STIP AND [PROPOSED] ORDER RE; STATUS HEARING
CR 20-00257 WHO

1  DATED: July 13, 2022  _____/s/ with permission_____
2                        CARLY BITTMAN
                         SWANSON & McNAMARA LLP
3                        Attorneys for Defendant

4

5                       **[PROPOSED] ORDER**

6       Pursuant to stipulation, the above-captioned matter will be set for a status hearing on January 12,
7  2023 at 1:30 p.m.
8       IT IS SO ORDERED.

9

10 DATED: _____    _____
                                   HON. WILLIAM H. ORRICK
11                                 UNITED STATES DISTRICT JUDGE

STIP AND [PROPOSED] ORDER RE; STATUS HEARING
CR 20-00257 WHO