STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DAVID J. WARD (CABN 239504)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    david.ward@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 20-00257 WHO |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS HEARING RE SENTENCING |
| v. | |
| WING LOK "WALTER" WONG, | |
| Defendant. | |

This matter is currently set for a Zoom status hearing on July 14, 2022 at 1:30 p.m. The parties respectfully request that the status hearing be continued for six months, to January 12, 2023, at 1:30 p.m. In the interim, the defendant will continue to provide cooperation pursuant to the terms of his plea agreement.

    SO STIPULATED.

DATED: July 13, 2022                            STEPHANIE M. HINDS
                                                United States Attorney

                                                */s/ David Ward*
                                                DAVID J. WARD
                                                Assistant United States Attorney

STIP AND [PROPOSED] ORDER RE; STATUS HEARING
CR 20-00257 WHO

DATED: July 13, 2022

        /s/ *with permission*
CARLY BITTMAN
SWANSON & McNAMARA LLP
Attorneys for Defendant

**ORDER**

Pursuant to stipulation, the above-captioned matter will be set for a status hearing on January 12, 2023 at 1:30 p.m.

IT IS SO ORDERED.

DATED: July 14, 2022

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE