Mary McNamara, SBN 147131
mary@smllp.law

Carly Bittman, SBN 305513
carly@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for WING LOK "WALTER" WONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 20-00257-WHO |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS HEARING RE SENTENCING** |
| vs. |  |
| WING LOK "WALTER" WONG |  |
| Defendants. |  |

This matter is currently set for a Zoom status hearing on January 12, 2023, at 1:30 p.m.  The

parties respectfully request that the status hearing be continued for six months, to July 13, 2023, at 1:30

p.m.  In the interim, Mr. Wong will continue to provide cooperation pursuant to the terms of his plea

agreement.


**IT IS SO STIPULATED.**

DATED: January 10, 2023                    STEPHANIE M. HINDS
                                           United States Attorney


                                           _____/s/_____
                                           David J. Ward
                                           Assistant United States Attorney



DATED: January 10, 2023                    _____/s/_____
                                           Carly Bittman
                                           Swanson & McNamara LLP
                                           Attorneys for WALTER WONG




# ORDER

    Pursuant to stipulation, the January 10, 2023, status hearing in the above-captioned matter will be continued to July 13, 2023, at 1:30 PM.




DATED:January 11, 2023                     _____
                                           HON. WILLIAM H. ORRICK
                                           United States District Judge