# Exhibit 1

**Partially Redacted Version of Exhibit A to the Wong Plea Agreement**

**(Under Seal)**