STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHRISTIAAN H. HIGHSMITH (CABN 296282)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7230
    christiaan.highsmith@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:20-CR-00257-WHO |
| Plaintiff, | ADMINISTRATIVE MOTION TO SEAL AND [PROPOSED] SEALING ORDER |
| v. | |
| WING LOK WONG, | |
| Defendant. | |

    The United States of America requests the Court to seal the Administrative Motion and Sealing Order and [Proposed] Order; Declaration by AUSA Christiaan H. Highsmith, and the Motion to Unseal including Exhibit 1. The Motion to Unseal including Exhibit 1 contains confidential information which should not be disclosed to the public.

DATED: March 17, 2023                                Respectfully submitted,

                                                           STEPHANIE M. HINDS
                                                           United States Attorney

                                                           */s/ Christiaan H. Highsmith*
                                                           CHRISTIAAN H. HIGHSMITH
                                                           Assistant United States Attorney

///

///

**[PROPOSED] ORDER**

Based upon the application of the government and for good cause shown, IT IS HEREBY ORDERED that the Administrative Motion and Sealing Order and [Proposed] Order; Declaration by AUSA Christiaan H. Highsmith, and the Motion to Unseal including Exhibit 1, shall be sealed until further order of the Court.

IT IS SO ORDERED.

Date: _____

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE