STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHRISTIAAN H. HIGHSMITH (CABN 296282)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7230
    christiaan.highsmith@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 3:20-CR-00257-WHO |
| Plaintiff, | MOTION TO UNSEAL |
| v. | |
| WING LOK WONG, | |
| Defendant. | |

On July 6, 2020, defendant Wong pled guilty before this Court to a two-count Information. *Dkt 11*. At the request of the government, Exhibit A of the Plea Agreement, containing the factual basis for the plea, was filed under seal because the government's investigation of the facts underlying defendant WONG's conduct and potential criminal conduct by other individuals was ongoing. Except for relatively minor redactions related to an ongoing investigation, there is no longer an investigative need by the government to keep defendant WONG's entire factual admissions in Exhibit A under seal. The undersigned Assistant U.S. Attorney consulted with counsel for defendant WONG, who has no objection to unsealing Exhibit A with limited redactions.

//

Therefore, the government respectfully requests that this Court order that Exhibit A to defendant WONG's plea agreement be unsealed with limited redactions. To effectuate this unsealing with limited redactions, the government attaches hereto as Exhibit 1 to the instant Motion to Unseal a partially redacted version of Exhibit A to the Plea Agreement under seal.

                                                STEPHANIE M. HINDS  
                                                United States Attorney

Dated: March 16, 2023                   */s/ Christiaan Highsmith*  
                                                CHRISTIAAN H. HIGHSMITH  
                                                Assistant United States Attorney

For good cause shown, it is **SO ORDERED** that Exhibit 1 to the government's Motion to Unseal is hereby unsealed.

Dated:   March 17, 2023  

                                                 HONORABLE WILLIAM H. ORRICK  
                                                United States District Court Judge